**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| TERESA OPAL RANDELL,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>COMMISSIONER OF THE SOCIAL<br>SECURITY ADMINISTRATION,<br><br>Defendant. | ) | Case No. CIV-25-979-J |

**ORDER**

The Commissioner of the Social Security Administration denied Plaintiff's application for disability insurance benefits and she sought judicial review. [Doc. No. 1]. The matter was referred to United States Magistrate Judge Shon T. Erwin for initial proceedings consistent with 28 U.S.C. § 636(b)(1)(B), (C). After briefing and review, Judge Erwin issued a Report and Recommendation recommending the Court reverse the Commissioner's decision and remand the matter for further consideration. [Doc. No. 18]. The objection deadline was August 28, 2026. *See id.* No party objected and each has waived de novo review. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the Report and Recommendation [Doc. No. 18] is ADOPTED. The Commissioner's final decision is REVERSED, and the matter is REMANDED for further administrative proceedings.

A separate judgment will enter.

IT IS SO ORDERED this 3rd day of September, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE